UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: | Case No. 09-43543-DDO |
| GENMAR MICHIGAN, LLC, | Chapter 11; Filed 6/1/09 |
| Debtor. | HON. DENNIS D. O'BRIEN |
| _____/ | |

**NOTICE OF APPEARANCE**

NOW COMES Dunn, Schouten & Snoap P.C. and enters its appearance on behalf of Hi-Tec Stainless, a creditor in the within proceedings, and requests to be added to the ECF notification list in the within proceedings.

Respectfully Submitted,

DUNN, SCHOUTEN & SNOAP, P.C.

Date: October 21, 2009      By:    /s/ Perry G. Pastula
Perry G. Pastula (P35588)
Attorneys for Hi-Tec Stainless
**Business Address and Telephone:**
2745 DeHoop Ave. SW
Wyoming, MI 49509
(616) 538-6380
email: bankruptcy@dunnsslaw.com